UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARLON JESSIE BLACHER,

    Plaintiff,

v.

MS. ANTONE, Librarian,

    Defendant.

No. C 12-5141 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at California State Prison - Los Angeles County, which lies within the venue of the United States District Court for the Central District of California, and defendant, a librarian at that facility, appears to reside there as well. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: January 2, 2013.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

G:\PRO-SE\PJH\CR.12\Blacher5141.trn.wpd